## Second Department, April, 1959

## (April 6, 1959)

■ In the Matter of the Appointment of a Member of the Committees on Character and Fitness of Applicants for Admission to the Bar for the Second and Tenth Judicial Districts.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; Rules Civ. Prac., rule 1) A. Joseph Geist, Esq., a practicing lawyer, residing in the County of Queens, is hereby appointed a member of the Committees on Character and Fitness of applicants for admission to the Bar for the Second and Tenth Judicial Districts, in place of George A. Nagle, Esq., resigned, to investigate the character and fitness of applicants in said judicial districts for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect March 25, 1959. Present — Nolan, P. J., Wenzel, Beldock, Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ Laura Baum, Respondent, v. Sidney Nussenbaum, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ Teddy Bergquist, Respondent, v. Erie Railroad Company, Defendant and Third-Party Plaintiff-Appellant. William Spencer & Son, Corp., Third-Party Defendant-Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ Marion J. Boxer, Appellant, v. Herbert E. Boxer, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ Peter Doelger, Incorporated, Respondent, v. L. Fatato, Inc., Appellant.— Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ Theodore Ferrara, Appellant, v. Jerome Clement, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ In the Matter of the Arbitration between Apex Lumber Corporation, Respondent, and Local 1205, Affiliated with International Brotherhood of Teamsters, by its Secretary-Treasurer, Sigmund J. Brovarski, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ In the Matter of the Appointment of a Committee of the Person and Property of Matilda Wenz, an Alleged Incompetent Person. Matilda Wenz, an Alleged Incompetent Person, Appellant; Oscar Stevenson et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ John McQuade et al., Respondents, v. Kathryn L. Monroe, Defendant, and Cecelia Haggerty, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.